UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Maureen Livingston, | : | |
| Plaintiff, | : | Case No.   2:21-cv-4908 |
| vs | : | Chief Judge Watson |
| Yana Transport, LLC, et al., | : | Magistrate Judge Jolson |
| Defendants. | | |

**ENTRY OF DEFAULT**

It appearing that the Defendant, Yana Transport, LLC, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 17th day of December 2021.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: /s/Eduardo Rivera
Eduardo Rivera, Deputy Clerk