**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Maureen Livingston,**

    Plaintiff,                                  Case No. 2:21-cv-4908

    v.                                          Judge Michael H. Watson

**Yana Transport, LLC,**                  Magistrate Judge Jolson

    Defendant.

### OPINION AND ORDER

Plaintiff's motion for default judgment, ECF No. 11, is **DENIED**.

First, Plaintiff failed to properly serve the Amended Complaint upon Defendant.  Plaintiff is directed to consult Local Rule 4.2 regarding service of process by certified mail.

Second, Plaintiff failed to obtain an entry of default on the *Amended Complaint* prior to moving for default judgment.

Plaintiff's motion is therefore **DENIED**.

    **IT IS SO ORDERED.**

                                                    */s/ Michael H. Watson*
                                                    **MICHAEL H. WATSON, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**