UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Maureen Livingston,

    Plaintiff,

    v.

Yana Transport, LLC,

    Defendant.

Case No. 2:21-cv-4908

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

The Court denied Plaintiff's first motion for default judgment for failure to comply with Local Rule 4.2 and failure to obtain an entry of default prior to moving for default judgment. Op. and Order, ECF No. 12. Plaintiff re-served the Amended Complaint via certified mail, ECF No. 13, and again moves for default judgment. ECF No. 18.

Again, default judgment is not warranted.

The Amended Complaint sues "Yana Transport, LLC." Am. Compl., ECF No. 8. A review of the Ohio Secretary of State's website reveals no such entity but does reveal an entity named Yana Transportation LLC. Plaintiff's failure to name the correct corporate entity in either its Complaint or Amended Complaint is baffling given that only one entity of such a name exists in the Secretary of State's corporate records. In any event, a default judgment against "Yana Transport LLC" would be of no use to Plaintiff.

Accordingly, Plaintiff's motion for default judgment, ECF No. 18 is **DENIED**. Plaintiff has **THIRTY DAYS** to file a Second Amended Complaint that names the correct corporate entity as a defendant. If Plaintiff fails to do so, or fails to properly effect service of the Second Amended Complaint upon that entity within the time prescribed by Rule 4(m), the Court will dismiss Plaintiff's Complaint without prejudice.[1]

The Clerk shall terminate ECF No. 18 as a pending motion.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court reminds Plaintiff that General Order 20-39 has been rescinded. Amend. Gen. Order 22-20.